UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
JERMAINE COLEMAN,                                       :
                                                        :
                                Plaintiff,              :
                                                        :               22-CV-5936 (VSB)
                -against-                                :
                                                        :       **ORDER AND NOTICE OF**
UNITED STATES OF AMERICA,                               :       **INITIAL CONFERENCE**
                                                        :
                                Defendants.  :
--------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

       This case has been assigned to me for all purposes.  It is hereby:

       ORDERED that the Court will not be holding an initial pretrial conference.

       IT IS FURTHER ORDERED that, by November 29, 2022, the parties submit a joint

letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

       1.      A brief description of the nature of the action and the principal defenses
               thereto;

       2.      A brief explanation of why jurisdiction and venue lie in this Court.  If any
               party is a corporation, the letter shall state both the place of incorporation
               and the principal place of business.  If any party is a partnership, limited
               partnership, limited liability company or trust, the letter shall state the
               citizenship of each of the entity's members, shareholders, partners and/or
               trustees;

       3.      A brief description of all contemplated and/or outstanding motions;

       4.      A brief description of any discovery that has already taken place, and/or
               that which will be necessary for the parties to engage in meaningful
               settlement negotiations;

       5.      A brief description of prior settlement discussions (without disclosing the
               parties' offers or settlement positions) and the prospect of settlement;

       6.      The estimated length of trial; and

7.     Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:     November 17, 2022
           New York, New York

Vernon S. Broderick
United States District Judge