```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Coleman,

                Plaintiff,

-against-

The United States of America,

                Defendant.

1:22-cv-05936 (VSB) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, April 4, 2023, at 2:00 p.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

    The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:    New York, New York
            December 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge