```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Coleman,

            Plaintiff,

-against-

The United States of America,

            Defendant.

1:22-cv-05936 (JHR) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    On Friday, December 1, 2023, the parties shall file a joint letter regarding the status of expert discovery.

**SO ORDERED.**

Dated:    New York, New York
            October 31, 2023

_____
STEWART D. AARON
United States Magistrate Judge