```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Coleman,

                Plaintiff,

-against-

The United States of America,

                Defendant.

1:22-cv-05936 (JHR) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

On Monday, January 22, 2024, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:    New York, New York
           December 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge