UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE COLEMAN,

        Plaintiff,

-v-

THE UNITED STATES OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 22 Civ. 5936 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties consented to Magistrate Judge jurisdiction for all purposes. (ECF No. 53). The expert discovery deadline was previously extended to June 25, 2024. (ECF No. 51).

Accordingly, on or before **November 12, 2024**, the parties shall file a joint letter (i) either certifying the completion of all discovery or apprising the Court of the status of discovery, and (ii) setting forth whether the parties intend to engage in settlement negotiations or file motions for summary judgment.

Dated:    New York, New York
            November 6, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge