UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE COLEMAN,

                  Plaintiff,

-v-

            CIVIL ACTION NO. 22 Civ. 5936 (SLC)

THE UNITED STATES OF AMERICA,

            **ORDER**

                  Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 7, 2025, (the "Conference") it is ORDERED as follows:

1. The parties shall email to Chambers, Cave_NYSDChambers@nysd.uscourts.gov, the photographs and demonstrative exhibit discussed during the Conference, which the parties agreed shall be marked Joint Exhibits 3 and 4, respectively. The parties shall bring hard copies of those exhibits to trial.

2. Counsel for each party may deliver opening statements of not more than 20 minutes.

3. Counsel may conduct limited direct examinations of not more than 30 minutes of the parties' medical experts, Dr. Kevin Wright and Dr. Joseph Bosco, after which cross-examination shall occur in the ordinary course.

Dated:    New York, New York
            May 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**