UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE COLEMAN,

                      Plaintiff,

    -v-                                    CIVIL ACTION NO. 22 Civ. 5936 (SLC)

THE UNITED STATES OF AMERICA,        **ORDER**

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the trial proceedings held today, May 14, 2025, it is ORDERED that:

1. Defendant's motion for judgment on partial findings under Federal Rule of Civil Procedure 52(c) is **DENIED without prejudice** for the reasons set forth on the record. Defendant may renew its arguments in post-trial briefing.

2. Defendant shall submit to the Court copies of the exhibits and demonstratives it presented during its examinations of Dr. Wright and Dr. Bosco.

3. Post-trial briefing shall proceed as follows:

    a. On or before **June 20, 2025**, Plaintiff shall file his proposed findings of fact and conclusions of law.

    b. On or before **July 18, 2025**, Defendant shall file its response.

    c. On or before **August 1, 2025**, Plaintiff may file a reply.

Dated:  New York, New York
        May 14, 2025

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**