UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE COLEMAN,

                                Plaintiff,

                    -v-

THE UNITED STATES OF AMERICA,

                                Defendant.

CIVIL ACTION NO. 22 Civ. 5936 (SLC)

**FINAL JUDGMENT**

**SARAH L. CAVE,** United States Magistrate Judge.

After a bench trial and for the reasons set forth in the Court's Opinion and Order (ECF No. 77), pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUGED, and DECREED** that final judgment is entered in favor of Defendant The United States of America and against Plaintiff Jermaine Coleman.  Costs are taxed as paid.

The Clerk of Court is respectfully directed to close the case.

Dated:      New York, New York
            August 28, 2025

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**